No. 248. CENTRAL PACKING CO., INC. *v.* RYDER TRUCK RENTAL, INC. C. A. 10th Cir. Certiorari denied. *Edward A. Smith* and *George Schwegler, Jr.,* for petitioner. *Douglas Stripp* and *Russell W. Baker* for respondent.

No. 252. ESTATE OF SPERLING *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Morris Horowitz* for petitioner. *Solicitor General Cox, Assistant Attorney General Jones* and *Robert N. Anderson* for respondent.

No. 254. CLEMENTS ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Charles A. Bellows* and *Julius Lucius Echeles* for petitioners.

No. 255. LOCAL 50, AMERICAN BAKERY & CONFECTIONERY WORKERS UNION, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Howard N. Meyer, Henry Kaiser, George Kaufmann* and *Ronald Rosenberg* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 257. CROWN LIFE INSURANCE Co. *v.* VARAS. Super. Ct. Pa. Certiorari denied. *John G. Laylin* and *Owen B. Rhoads* for petitioner. *James M. Marsh* and *J. Harry LaBrum* for respondent. *Solicitor General Cox* on the memorandum for the United States transmitting the views of the Government of Canada.

No. 259. TOMASZEK *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Frank G. Whalen* for petitioner.